**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**DAVID VICKERY,**

      **Plaintiff,**

**v.**                                                           **Case No:  6:16-cv-248-Orl-37KRS**

**CUMULUS BROADCASTING, LLC and
CUMULUS MEDIA, INC.,**

      **Defendants.**

**ORDER TO SHOW CAUSE**

This case is before the Court *sua sponte*.  On February 12, 2016 a Complaint was filed in this case.  While the docket does not reflects that service was executed, the Notice of Appearance by Dee Anna D. Hays and Kevin Douglas Zwetsch on behalf of Defendant Cumulus Broadcasting, LLC and Cumulus Media, Inc. (Docs 6 and 7) on February 26, 2016 and the Certificate of Interested Persons (Doc 11) on March 3, 2016 leads the Court to believe that the Defendant was served.  There has been no responsive pleading filed.  Therefore, the Plaintiff is directed to show cause by a written response filed no later than April 8, 2016 why this case should not be dismissed for failure to prosecute.

      **DONE  AND ORDERED** in Orlando, Florida, this 28th day of March, 2016.



ROY B. DALTON JR.
United States District Judge

Copies:  Counsel of Record