**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DAVID VICKERY P/K/A TIMMY VEE,,

    Plaintiff,

v.

CUMULUS BROADCASTING, LLC, A
NEVADA LIMITED LIABILITY COMPANY,    CASE NO.:  6:16-cv-00248-RBD-KRS
AND CUMULUS MEDIA, INC., A
DELAWARE CORPORATION,

    Defendants.

_____/

**DEFENDANT'S NOTICE UNDER LOCAL RULE 3.08**

Defendant, CUMULUS BROADCASTING, LLC, pursuant to Local Rule 3.08, notifies the Court that the parties agreed to resolve this case.  The parties will complete their agreement and promptly file a joint motion for the Court to review the terms, based on Fair Labor Standards Act claim, and then dismiss the action with prejudice when approved.

**DATED** December 8, 2016

Respectfully submitted,

*/s/ Kevin D. Zwetsch*
Kevin D. Zwetsch
FL Bar # 962260
Dee Anna D. Hays
FL Bar # 64790
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
100 North Tampa Street, Suite 3600
Tampa, FL  33602
Telephone:  813.289.1247
Facsimile:   813.289.6530
kevin.zwetsch@ogletreedeakins.com
deeanna.hays@ogletreedeakins.com

Attorneys for Defendants CUMULUS BROADCASTING, LLC, a Nevada Limited Liability Company, and CUMULUS MEDIA, INC., a Delaware Corporation

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 8, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Mark Warzecha, Esq. at: MFW@USLegalteam.com.

**I FURTHER CERTIFY** that to the best of my knowledge there are not any non-CM/ECF participants that require notification of this response via U.S. Mail.

*/s/ Kevin D. Zwetsch*
Kevin D. Zwetsch

**SERVICE LIST**

DAVID VICKERY p/k/a TIMMY VEE, v.
CUMULUS BROADCASTING, LLC, A NEVADA LIMITED LIABILITY COMPANY, AND CUMULUS MEDIA, INC., A DELAWARE CORPORATION,
*UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA*

Mark Warzecha, Esq.
Florida Bar No. 0095779
WIDERMAN MALEK
1990 W. New Haven Ave., Ste. 201
Melbourne, FL 32904
Tel. (321) 255-2332
Fax  (321) 255-2351
MFW@USLegalteam.com