**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DAVID VICKERY,**

        **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　**Case No:  6:16-cv-248-Orl-KRS**

**CUMULUS BROADCASTING, LLC,**

        **Defendant.**

| **UNITED STATES DISTRICT JUDGE:** | Karla R. Spaulding | **COUNSEL FOR PLAINTIFF** | Mark Warzecha |
|---|---|---|---|
| **DEPUTY CLERK:** | Edward Jackson | | |
| **RECORDING** | Digital | **COUNSEL FOR DEFENDANT:** | Kevin Zwetsch |
| **DATE/TIME:** | March 3, 2017 10:03-10:23 | | |
| **TOTAL TIME:** | 20 minutes | | |

**CLERK'S MINUTES**
**TELEPHONE CONFERENCE**

Case called; appearances taken; procedural setting by the Court.
Counsel addressed the issues.
Order to be issued.