# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID VICKERY,**

       **Plaintiff,**

**v.**                                              **Case No:   6:16-cv-248-Orl-KRS**

**CUMULUS BROADCASTING, LLC,**

       **Defendant.**

## ORDER

This matter came before the Court at a hearing to determine whether the settlement in this case is a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-55 (11th Cir. 1982). After examining the settlement agreement, as narrowed by stipulation of counsel on the record[1], and considering the facts underlying the settlement presented by counsel, I find that the settlement is a fair and reasonable resolution of the FLSA claim. Accordingly, the case is **DISMISSED with prejudice** and the **Clerk of Court** is **DIRECTED** to close the case.

      **DONE** and **ORDERED** in Orlando, Florida on March 3, 2017.

*Karla R. Spaulding*

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel agreed to narrow the release and to sever the provision permitting written amendment of the agreement.